**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **AMANDA VAUGHN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO. 18-0316-CG-B** |
| | ) | |
| **RETREMENT SYSTEMS OF** | ) | |
| **ALABAMA** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Retirement Systems of Alabama**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 6th day of March, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE